UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAWRENCE M. BRADFORD,

       Plaintiff,

              No. 7:14-CV-01017
              (DNH/TWD)

  -v-

WATERTOWN POLICE DEPARTMENT;
CHAD FREDRICK, Police Officer; SHANE
RYAN, Police Officer; and CITY OF
WATERTOWN,

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:        OF COUNSEL:

LAWRENCE M. BRADFORD
Plaintiff Pro Se
Last Known Address
13-B-2878
Ogdensburg Correctional Facility
One Correction Way
Ogdensburg, NY 13669

DAVID N. HURD
United States District Judge

## DECISION and ORDER

  Pro se plaintiff Lawrence M. Bradford brought this civil rights action pursuant to 42 U.S.C. § 1983. On February 27, 2015, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's complaint be dismissed with prejudice as against defendant Watertown Police Department; dismissed with leave to amend as against defendant the City of Watertown; and allowed to proceed as against

defendants Fredrick and Ryan. No objections to the Report-Recommendation were filed.[1]

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. <u>See</u> 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Plaintiff's complaint is DISMISSED with prejudice as against defendant Watertown Police Department;

2. Plaintiff's complaint is DISMISSED with leave to amend as against defendant the City of Watertown;

3. If plaintiff wishes to file an amended complaint, he must do so within thirty (30) days of the filing date of this Decision and Order, and he is advised that an amended complaint will replace the prior complaint in its entirety; and

4. The Clerk serve a copy of this Decision and Order on plaintiff at his last known address.

IT IS SO ORDERED.

Dated: March 24, 2015
       Utica, New York.

United States District Judge

---

[1] The Report-Recommendation mailed to plaintiff at his last known address was returned undeliverable. The returned mail indicated that plaintiff is no longer in New York State DOCCS custody, as he was released on February 20, 2015.