UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAWRENCE M. BRADFORD,

                       Plaintiff,

    v.                                      7:14-CV-1017
                                           (DNH/TWD)

CHAD FREDERICK and SHANE RYAN,
POLICE OFFICERS

                       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
APPEARANCES:                              OF COUNSEL:

LAWRENCE M. BRADFORD
Plaintiff, pro se, 13-B-2878
Ogdensburg Correctional Facility
One Correction Way
Auburn, New York 13021

BOND SCHOENECK & KING, PPLC        SUZANNE O. GALBATO, ESQ.
Attorney for Defendants
One Lincoln Center
Syracuse, New York 13202

DAVID N. HURD
United States District Judge

## DECISION and ORDER

*Pro se* plaintiff Lawrence M. Bradford filed this action against defendants alleging civil rights violations pursuant to 42 U.S.C. § 1983. On July 6, 2015, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, advised by Report-Recommendation that defendant's request to dismiss (ECF No. 23) be granted. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendant's request to dismiss (ECF No. 23) without prejudice is GRANTED;

2. Plaintiff's complaint is DISMISSED IN ITS ENTIRETY; and

3. The Clerk serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules.

IT IS SO ORDERED.

United States District Judge

Dated: November 23, 2015
     Utica, New York.